UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNIVERSITY OF FLORIDA RESEARCH
FOUNDATION INC. and
RAPID MOBILE TECHNOLOGIES, INC.,

      CASE NO. 0:13-cv-61120-KMM-EGT

    Plaintiff,

v.

MOTOROLA MOBILITY, LLC.,

    Defendants.

## JOINT SCHEDULING REPORT

Under this Court's May 22, 2013 Paperless Pretrial Order, the University of Florida Research Foundation Inc. and Rapid Mobile Technologies, Inc. (Plaintiffs') and Motorola Mobility LLC (Motorola), herein submit a Joint Scheduling Report, and state as follows:

    A.    <u>Likelihood of Settlement</u>:  The parties will continue to discuss the possibility of settlement and advise the Court if significant progress is made toward resolution by that means.

    B.    <u>Likelihood of Appearance in the Action of Additional Parties</u>:  The parties do not believe other parties will be joined in this litigation.

    C.    <u>Proposed Time Limits</u>:  The parties propose the following time limits:

        a.    To join other parties and to amend the pleadings: Within 30 days following the issuance of this Court's claim construction ruling.

        b.    To file and hear motions: The parties propose that summary judgment motions shall be submitted within 180 days following the issuance of this Court's Claim Construction ruling, and oral argument shall be heard as soon as practical thereafter.

1

Case No. 0:13-cv-61120-KMM-EGT

      c.      To complete discovery: Within 150 days following the issuance of this Court's claim construction ruling.

      d.      The parties submit Exhibit A, which is their joint proposed Scheduling Order.

D.    <u>Proposals for the Formulation and Simplification of Issues</u>: The parties agree to cooperate with each other in an effort to formulate and simplify issues and eliminate frivolous claims or disputes. However, the parties have no concrete proposals at this juncture.

E.    <u>The Necessity or Desirability of Amendments to the Pleadings</u>: The parties propose that any amendments to the pleadings be made within 30 days of this Court's Claim Construction Order.

F.    <u>Possibility of Obtaining Admissions of Fact and Documents which will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents and the Need for Advance Rulings from the Court on Admissibility of Evidence</u>: The parties propose the following with respect to streamlining evidence admissibility issues:

      a.      The parties believe that documents produced in the case to which no party has a good faith basis to seek exclusion from trial should be pre-admitted into evidence, subject to any objections by the parties.

      b.      The parties will strive to work together in the pre-trial order to arrive at as many pre-admitted facts as possible.

      c.      The parties will seek to develop a plan for the retrieval of targeted electronically stored information.

Case No. 0:13-cv-61120-KMM-EGT

G.   <u>Avoidance of Unnecessary Proof and of Cumulative Evidence</u>:  The parties agree to cooperate in the avoidance of unnecessary proof and cumulative evidence, but have no joint suggestions at this time.

H.   <u>Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master</u>:  The parties have no objection to discovery disputes being referred to the Magistrate Judge for resolution, but do not jointly elect to have this case proceed before a Magistrate Judge for trial at this time.

I.   <u>A Preliminary Estimate of the Time Required for Trial</u>:  At this time, the parties believe that the trial of this matter will take between three (3) and five (5) days.

J.   <u>Final Pretrial Conference</u>:   The parties believe that a pretrial conference approximately two weeks before the trial setting would be helpful to address pretrial matters and help the parties narrow and focus the issues for trial.

K.   <u>Any Other Information That Might Be Helpful To The Court In Setting The Case For Status Or Pretrial Conference</u>:

   a.   <u>Need for Variance of Limitations Imposed by Local Rules and Federal Rules of Civil Procedure</u>:  None requested at this time.

   b.   <u>Discovery of Documents (Including Electronically Stored Information)</u>: The parties have discussed discovery of electronically stored information and agree to discuss and confer later should any additional issues arise.

   c.   <u>Proposal For The Protection of Confidential Information</u>:  The parties intend to submit a proposed Stipulated Protective Order, which the parties hope will facilitate the exchange of confidential information in discovery, for the

Case No. 0:13-cv-61120-KMM-EGT

Court's consideration. The Parties will submit an agreed motion requesting entry of such order. To the extent the Parties do not agree on particular issues or provisions with respect to the Protective Order, the Parties will file an appropriate motion identifying each Party's position on the disputed issues. The Parties will file appropriate motions by August 2, 2013.

d. <u>Clawback Claims</u>: The Court orders that any privileged document that a party has inadvertently produced shall be returned by the receiving party within thirty days of receipt of a written request by the producing party for its return. The receiving party in so returning the document does not waive any arguments it may have that the document should be produced; such matters, however, shall be separately moved upon by the parties and decided by the Magistrate Judge.

e. <u>Service by Electronic Means</u>: The parties agree that electronic service on other parties (such as via email) is sufficient so long is service is made to all Designated Service Recipient(s). Each party shall identify at least one person (or electronic mail address) to serve as the "Designated Service Recipients" for that party.

- Designated Service Recipients for Motorola are:

    Dan Schwartz <DSchwartz@seyfarth.com>;

    Vincent Smolczynski <vsmolczynski@seyfarth.com>;

    Matthew Werber <mwerber@seyfarth.com>;

    James A. Gale <jgale@FeldmanGale.com>;

4

Case No. 0:13-cv-61120-KMM-EGT

Samuel A. Lewis <slewis@FeldmanGale.com>;

Suzanna Sanabria <ssanabria@FeldmanGale.com>; and

Tawnya Y. Morales <tmorales@FeldmanGale.com>

- Designated Service Recipients for Plaintiffs are:

    Steve Lundwall <slundwall@fandlattorneys.com>; and

    Jennifer Meksraitis <meksraitis@yahoo.com>

Date: July 19, 2013                  Respectfully submitted,

                                  s/ Jennifer Meksraitis
By:_____
    Jennifer Meksraitis, Esq.
    Fla. Bar. No. 41615
    meksraitis@yahoo.com
    **MELTZER & MEKSRAITIS, LLC**
    4000 N. Federal Hwy.
    Suite 202
    Boca Raton, FL 33431
    561.3003441
    Fax: 561.300.3448

    Gary Fischman
    Tel.: (832) 209-4206
    gfischman@fandlattorneys.com
    Steve Lundwall
    Tel.: (832) 309-4220
    slundwall@fandlattorneys.com
    **FISCHMAN & LUNDWALL, PLLC**
    710 North Post Oak Road, Suite 101
    Houston, Texas 77024

    **Attorneys for University of Florida Research Foundation, Inc. and Rapid Mobile Technologies, Inc.**

Case No. 0:13-cv-61120-KMM-EGT

By: s/ Samuel A. Lewis
 _____
 James A. Gale / Fla. Bar No. 371726
 E-mail: jgale@feldmangale.com
 Jeffrey D. Feldman / Fla. Bar No. 330302
 E-mail: jfeldman@feldmangale.com
 Samuel A. Lewis / Fla. Bar No. 55360
 E-mail: slewis@feldmangale.com
 **FELDMAN GALE, P.A.**
 One Biscayne Tower – 30th Floor
 2 S. Biscayne Boulevard
 Miami, FL 33131-4332
 Telephone: 305-358-5001
 Facsimile: 305-358-3309

 Daniel J. Schwartz, pro hac filed
 E-mail: dschwartz@seyfarth.com
 Matthew A. Werber, pro hac filed
 E-mail: mwerber@seyfarth.com
 Vincent M. Smolczynski, pro hac filed
 E-mail: vsmolczynski@seyfarth.com
 **SEYFARTH SHAW LLP**
 131 South Dearborn Street, Suite 2400
 Chicago, Illinois 60603
 Telephone: 312-460-5000
 Facsimile: 312-460-7000

 **Attorneys for Motorola Mobility, LLC**

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on July 19, 2013, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

 s/ Jennifer Meksraitis
 _____

Case No. 0:13-cv-61120-KMM-EGT

**SERVICE LIST**
*University of Florida Research Foundation, Inc., et al. v. Motorola Mobility, LLC*
Case No. 0:13-cv-61120-KMM-EGT

James A. Gale
E-mail:  jgale@feldmangale.com
Samuel A. Lewis
E-mail:  slewis@feldmangale.com
FELDMAN GALE, P.A.
Counsel for Defendant
One Biscayne Tower – 30th Floor
2 S. Biscayne Boulevard
Miami, FL 33131

Daniel J. Schwartz
E-mail:  dschwartz@seyfarth.com
Matthew A. Werber
E-mail:  mwerber@seyfarth.com
Vincent M. Smolczynski
E-mail:  vsmolczynski@seyfarth.com
SEYFARTH SHAW LLP
Counsel for Defendant
131 South Dearborn Street, Suite 2400
Chicago, IL 60603

Jennifer Meksraitis
E-mail: meksraitis@yahoo.com
Cory Meltzer
E-mail:  cory@meltzermathis.com
MELTZER & MEKSRAITIS, LLC
Counsel for Plaintiffs
4000 North Federal Highway, Suite 202
Boca Raton, FL 33431

Gary J. Fischman
E-mail: gfischman@fandlattorneys.com
Steve Lundwall
E-mail:  slundwall@fandlattorneys.com
FISCHMAN & LUNDWALL, PLLC
Counsel for Plaintiffs
710 North Post Oak Road, Suite 101
Houston, TX 77024

Exhibit A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

**UNIVERSITY OF FLORIDA RESEARCH FOUNDATION INC. and RAPID MOBILE TECHNOLOGIES, INC.,**

   **Plaintiff,**

**CASE NO. 0:13-cv-61120-KMM-EGT**

v.

**MOTOROLA MOBILITY, LLC.,**

   **Defendants.**

## Joint Proposed Scheduling Order

This Case is assigned to the Patent Pilot Program track. The deadlines and schedule for this Case are as follows:

| Event | Deadline or Date |
|---|---|
| Service of Infringement Contentions under 5.22.2013 Patent Pretrial Order (I(1)) | June 5, 2013 |
| Service of Invalidity Contentions under 5.22.2013 Patent Pretrial Order (I(2)) | July 22, 2013 |
| Parties Exchange Proposed Claim Terms under 5.22.2013 Patent Pretrial Order (II(1)) | August 5, 2013 |
| Joint Claim Construction and Prehearing Statement under 5.22.2013 Patent Pretrial Order (II(2)) | September 20, 2013 |
| Completion of Claim Construction Discovery under 5.22.2013 Patent Pretrial Order (II(3)) | October 21, 2013 |
| Plaintiffs' Opening Claim Construction Brief under 5.22.2013 Patent Pretrial Order (II(4)) | November 4, 2013 |
| Defendant's Responsive Claim Construction Brief under 5.22.2013 Patent Pretrial Order (II(4)) | November 18, 2013 |
| Plaintiffs' Reply Claim Construction Brief under 5.22.2013 Patent Pretrial Order (II(4)) | November 25, 2013 |
| Tutorial | |
| Claim Construction Hearing | |
| Claim Construction Order | |
| Amend Pleadings and Join Additional Parties | 30 days following Claim Construction Order |

| Event | Deadline or Date |
|---|---|
| Affirmative Expert Disclosures (i.e., expert reports on issues on which a party has the affirmative burden of proof at trial) | 90 days following Claim Construction Order |
| Rebuttal Expert Disclosures | 120 days following Claim Construction Order |
| Completion of All Discovery | 150 days following Claim Construction Order |
| Filing of all Summary Judgment Motions | 180 days following Claim Construction Order |
| Filing of all Pretrial Motions | 225 days following Claim Construction Order |
| Resolution of all Pretrial Motions | |
| Pretrial Conference | |
| Trial | |